UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 4:13-cr-11 |
| | ) | |
| v. | ) | |
| | ) | MATTICE / LEE |
| TONY T. BROWN | ) | |

## **O R D E R**

Before the Court is Defendant TONY T. BROWN's motion to reschedule change of plea hearing scheduled for December 10, 2013 at 10:45 a.m. [EASTERN] [Doc. 303]. The government has agreed to continuing the hearing date. For good cause shown, the motion to continue the change of plea hearing [Doc. 303] is **GRANTED** and the rearraignment (change of plea hearing) is rescheduled and will now take place on **January 7, 2014 at 9:30 a.m. [EASTERN]** before Magistrate Judge Susan K. Lee, 4th Floor Courtroom, 900 Georgia Avenue, Chattanooga, Tennessee.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE